UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

NICHOLAS DAVIS,

    Plaintiff,

vs.                              **JURY TRIAL DEMANDED**

WAFFLE HOUSE INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, East Coast Waffles, Inc., (erroneously named Waffle House, Inc.[1] by the Plaintiff and hereinafter referred to as "Defendant"), by and through the undersigned counsel, COLE, SCOTT, & KISSANE, P.A., and pursuant to 28 U.S.C. 1441 et seq., hereby files this Notice of Removal to remove this action filed by the Plaintiff, NICHOLAS DAVIS (hereinafter "Plaintiff") from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (Case Number 2014-022967-CA-03) to the United States District Court for the Southern District of Florida on the basis of diversity jurisdiction.

Defendant alleges that removal is proper based on the following facts:

1. On December 17, 2014, the above-entitled civil action was commenced by Plaintiff against Defendant in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, by filing a Summons and Complaint with the clerk of that court, and the action was assigned Case Number 2014-0023680-CA-25. A copy of the Summons and

---

[1] Plaintiff has erroneously named the Defendant as WAFFLE HOUSE, INC. The proper Defendant in this lawsuit should be EAST COAST WAFFLES, INC. EAST COAST WAFFLES, INC. is a wholly owned subsidiary of WAFFLE HOUSE, INC. EAST COAST WAFLES, INC. operated the restaurant at issue and employed all persons therein. WAFFLE HOUSE, INC. does not operate any restaurants, nor employ any persons, in the Florida peninsula.

CASE NO.

Complaint is attached hereto as Exhibit "A."

2. The Summons is dated December 22, 2014, and Defendant's Florida registered agent was served with a copy of the Summons and Complaint on the same date. Plaintiff alleges that he is a resident of Broward County, Florida (Exhibit "A," Complaint).

3. Defendant is a Georgia corporation, organized and existing under the laws of the State of Georgia.[2]

4. Defendant's principal place of business is located at 5986 Financial Drive, Norcross, Georgia, where its principal offices, administrative and accounting functions, books, and records are all centrally located and from which its offices direct, control, and coordinate Defendant's activities.

5. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff has made a pre-suit settlement demand of $150,000.00. The Complaint asserts various claims seeking monetary damages that involve alleged personal injuries. These claims, though entirely disputed, are expected to exceed $75,000.00 in alleged value.

6. No other proceedings have taken place in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, except as indicated above.

7. The above-entitled action is one which may be removed to this Court by Defendant pursuant to the provisions of Title 28, United States Code, Section 1440, in that this is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and there is diversity jurisdiction.

---

[2] For purposes of establishing diversity jurisdiction, Plaintiff's erroneous naming of WAFFLE HOUSE, INC. – instead of the proper entity EAST COAST WAFFLES, INC. -- as a defendant is irrelevant since both entities are Georgia corporations and both entities have their principal place of business in Norcross, Georgia.

**COLE, SCOTT & KISSANE, P.A.**
110 TOWER - 110 S.E. 6TH STREET, SUITE 1850  - FT. LAUDERDALE, FLORIDA 33301 (954) 703-3700 (954) 703-3701 FAX

CASE NO.

8. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receiving a copy of the Summons and Complaint, which was served upon Defendant's registered agent on December 22, 2014.

9. Defendant's time to respond with respect to the Summons and Complaint has not expired.

10. No prior application for the relief sought herein has been made to this or any other Court.

WHEREFORE, Defendant respectfully requests that this action be removed to the United States District Court for the Southern District of Florida, and that this Court grant Defendant all such other and further relief as the Court deems just and proper.

Dated:   Fort Lauderdale, Florida
         January 21, 2015

                                    Respectfully Submitted,

                                    /S/ Genevieve Rupelli
                                    GENEVIEVE RUPELLI
                                    FLORIDA BAR NO. 780901
                                    MARISSA HANAN
                                    FLORIDA BAR NO. 85155

                                    COLE, SCOTT & KISSANE, P.A.
                                    *Attorneys for Defendant*
                                    110 SE 6th Street
                                    Suite 1850
                                    Fort Lauderdale, FL 33301

CASE NO.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  21   day of January, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

**Matthew Sean Tucker, Esq.**
Tucker LP
2515 Marina Bay Drive West, No. 202
Fort Lauderdale, FL 33312