IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60116-WPD

**NICHOLAS DAVIS**,

    **Plaintiff,**

v.

**WAFFLE HOUSE INC**,

    **Defendant.**
_____/

## REPLY TO AFFIRMATIVE DEFENSES

    COMES NOW, the Plaintiff, NICHOLAS DAVIS, by and through undersigned counsel and replies to the Defendants Affirmative Defenses as follows:

    1.    Each and every allegation contained in the Defendant's Affirmative Defenses is hereby denied.

| | |
|---|---|
| January 31, 2015 | Respectfully submitted,<br>By: s/Matthew Sean Tucker<br>Matthew Sean Tucker<br>Florida Bar No. 90047<br>Tucker IP<br>2515 Marina Bay Drive West, No. 202<br>Fort Lauderdale, FL 33312<br>Telephone: (954) 204-0444<br>Facsimile: (954) 358-4946<br>mtucker@tuckeriplaw.com<br>*Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker