IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-60116-WPD

**NICHOLAS DAVIS**,

    Plaintiff,

v.

**EAST COAST WAFFLES, INC., d/b/a WAFFLE HOUSE**,

    Defendant.

_____/

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW, the Plaintiff, NICHOLAS DAVIS, by and through undersigned counsel and replies to the Defendants Affirmative Defenses as follows:

1. Each and every allegation contained in the Defendant's Affirmative Defenses is hereby denied.

| | |
|---|---|
| June 5, 2015 | Respectfully submitted, |
| | By: s/Matthew Sean Tucker |
| | Matthew Sean Tucker |
| | Florida Bar No. 90047 |
| | Tucker IP |
| | 2515 Marina Bay Drive West, No. 202 |
| | Fort Lauderdale, FL 33312 |
| | Telephone: (954) 204-0444 |
| | Facsimile: (954) 358-4946 |
| | mtucker@tuckeriplaw.com |
| | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker