IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-60116-WPD

**NICHOLAS DAVIS**,

    **Plaintiff,**

v.

**EAST COAST WAFFLES, INC. d/b/a WAFFLE HOUSE**,

    **Defendant.**

**PLAINTIFF'S NOTICE OF SERVICE OF OFFER OF JUDGMENT/PROPOSAL
FOR SETTLEMENT TO DEFENDANT EAST COAST WAFFLES, INC.**

    COMES NOW the Plaintiff, NICHOLAS DAVIS, by and through undersigned counsel, hereby gives notice that on this date an Offer of Judgment/Proposal for Settlement was served upon Defendant EAST COAST WAFFLES d/b/a WAFFLE HOUSE (hereafter "WAFFLE HOUSE") pursuant to Fla. Stat. § 768.79 and Fla. R. Civ. P. 1.442.

    I HEREBY CERTIFY that on July 6, 2015, a true and correct copy of the foregoing document was filed with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Dated: July 6, 2015

    Respectfully submitted,

    By: s/Matthew Sean Tucker
    Matthew Sean Tucker
    Florida Bar No. 90047
    Tucker IP
    2515 Marina Bay Drive West, No. 202
    Fort Lauderdale, FL 33312
    Telephone: (954) 204-0444
    Facsimile: (954) 358-4946

**mtucker@tuckeriplaw.com**
*Attorney for Plaintiff*